Edward Brian CAPETILLO, Petitioner–Appellant,

v.

Janie COCKRELL, Director, Texas Department of Criminal Justice, Institutional Division, Respondent–Appellee.

No. 03–20384.

United States Court of Appeals, Fifth Circuit.

Aug. 8, 2003.

---

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

**PER CURIAM.***

Capetillo requests a certificate of appealability on several issues. We decline to issue the requested certificate for essentially the reasons stated by the district court in its careful opinion.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.